AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FULLER LAMAR THOMAS,

    Plaintiff,

v.

OFFICER SPALDING; and OFFICER THOMAS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-130

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 15, 2023, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and this Court's Local Rules and to prosecute. Additionally, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
Benjamin W. Cheesbro
United States Magistrate Judge

March 16, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020